IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEQUINCY WILLIAMS,               ) | |
| )| |
|     Plaintiff,               ) | |
| ) | CIVIL ACTION NO. |
|     v.               ) | 2:15cv123-MHT |
| ) | (WO) |
| MR. KENT and MRS.               ) | |
| MITCHELL, Stewards,               ) | |
| Alabama Department of               ) | |
| Corrections, in their               ) | |
| individual and personal               ) | |
| capacities,               ) | |
| ) | |
|     Defendants.               ) | |

OPINION

    Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he suffered serious burns to his feet and was denied medical treatment for the burns due to the acts of the defendant correctional employees. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of July, 2015.

                                     /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE